## Mulligan Estate.

Argued November 12, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Morris Paul Baran,* with him *Sporkin and Baran,* for appellant.

*Robert J. Lindsay, Jr.,* for appellee.

OPINION PER CURIAM, January 9, 1970:
Decree affirmed; appellant to pay costs.